AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| Aim High Investment Group, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:22-cv-00158-GMN-DJA |
| Spectrum Laboratories, LLC | ) | |
| *Defendant* | ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __06/10/2025__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 7/16/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Aim High Investment Group, LLC

                Plaintiff,

v.

Spectrum Laboratories, LLC

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:22-cv-00158-GMN-DJA

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Defendant Spectrum Laboratories, LLC and against Plaintiff Aim High Investment Group, LLC.

Spectrum Laboratories, LLC's motion for default judgment is granted, awarding monetary relief of $18,301,010 against Aim High Investment Group, LLC.

06/10/2025
Date

DEBRA K. KEMPI
Clerk

/s/ AMMi
Deputy Clerk

I hereby attest and certify on 7/16/2025 that the foregoing document is a full, true and correct copy of the original on file in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

By_____ Deputy Clerk