**UDALL SHUMWAY, PLC**
James B. Reed (SBN 014015)
1138 N. Alma School Rd., Suite 101
Mesa, Arizona 85201
Telephone: (480) 461-5300
Email: jbr@udallshumway.com
 docket@udallshumway.com

*Attorneys for Defendant/Counter Claimant*
*Spectrum Laboratories, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aim High Investment Group LLC,<br><br>    Plaintiff/Counter Defendant,<br><br>v.<br><br>Spectrum Laboratories, LLC,<br><br>    Defendant/Counter Claimant. | Case No.: 2:25-mc-00030<br><br>**DEFENDANT'S MOTION FOR EXAMINATION OF JUDGMENT DEBTOR** |

Plaintiff/Judgment Creditor, **Spectrum Laboratories, LLC** ("Spectrum"), pursuant to A.R.S. §§ 12-1631 and 12-1632, respectfully moves the Court for an order compelling Judgment Debtor **Aim High Investment Group, LLC ("Aim High"),** through its owner and senior manager **Michael I. Salame** ("Salame") to appear for a Judgment Debtor Examination ("JDE") and to produce documents in advance of that examination as set forth in **Exhibit 1** to this Motion:

1. This Motion for Judgment Debtor Examination arises from Plaintiff's willful patent infringement and its repeated violations of the District Court's orders to obtain counsel.[1]

2. On June 10, 2025, the U.S. District Court for the District of Nevada granted

---

[1] Spectrum's judgment is based on Spectrum's Counterclaim against Aim High.

1

Spectrum's Motion for Default Judgment.

3. Upon information and belief, Michael Salame is an official manager of Aim High Investment Group LLC.

4. Rule 69(a)(2) of the Federal Rules of Civil Procedure states that "the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person--including the judgment debtor--as provided in these rules or by the procedure of the state where the court is located."

5. Ariz. Rev. Stat. Ann. section 12-1631 provides that:

A. When a judgment has been entered and docketed, the judgment creditor, at any time may:

   i. Have an order from the court requiring the judgment debtor to appear and answer concerning his property before the court or a referee, at a time and place specified in the order.

   ii. Have a subpoena issued compelling the judgment debtor to appear for deposition upon oral examination and answer concerning his property at a time and place specified in the subpoena.

   iii. No judgment debtor shall be required to attend out of the county in which he resides.

6. Based on the outstanding judgment against Aim High and its failure to satisfy it, Spectrum requests the Court to order Michael Salame, as a manager of Aim High Investment Group LLC, and the person anticipated to be the most knowledgeable regarding Aim High's financial affairs, to appear in person and produce documents at a specified time and place so that Spectrum's counsel may examine Salame regarding Aim High's assets and other relevant matters pursuant to Ariz. Rev. Stat. Ann. section 12-1631(A)(1).

7. Due to the fact that Aim High and Salame are anticipated to be outside of the State of Arizona, Spectrum further requests that its counsel and the deponent both be

allowed to appear virtually.

8. In aid of the debtor examination, Spectrum requests that the Court order Salame to produce the categories of documents identified in **Exhibit 1** to this Motion. These documents should be produced to Spectrum's counsel no later than five (5) calendar days prior to the date of the debtor examination.

WHEREFORE, Spectrum Laboratories, LLC, respectfully requests that the Court grant their Motion for Examination of Judgment Debtor and require Plaintiff's attendance and production of documents at a time and place specified in the Court's Order.

Respectfully submitted this 1st day of August 2025.

**UDALL SHUMWAY PLC**

/s/ James B. Reed
James B. Reed
1138 North Alma School Road
Suite 101
Mesa, Arizona 85201
*Attorneys for Defendant/Counter Claimant Spectrum Laboratories, LLC*