<u>**Exhibit 1**</u>

**DOCUMENTS TO BE PRODUCED BY JUDGMENT DEBTOR**

**Timeframe:** January 1, 2019, to the present.

1. **Bank Accounts and Financial Records**
   - All monthly statements, check registers, deposit slips, wire transfer records, and online account summaries for any bank, credit union, or other financial accounts in your name, jointly with another person, or in which you have signatory authority.
2. **Real Property**
   - All deeds, mortgages, deeds of trust, settlement statements, leases, rental agreements, and property tax statements for any real estate in which you have, or have had, an interest.
3. **Vehicles and Personal Property**
   - All titles, registrations, purchase or lease agreements, and loan documents for any automobiles, motorcycles, boats, aircraft, recreational vehicles, or other titled personal property owned, leased, or controlled by you.
4. **Business Interests**
   - All articles of incorporation, partnership agreements, operating agreements, membership certificates, stock certificates, buy-sell agreements, and K-1 statements for any business in which you have an ownership interest, whether directly or through another entity or trust.
5. **Trusts and Estates**
   - All trust agreements, amendments, and schedules for any trust for which you are or have been a grantor, trustee, or beneficiary; all documents showing assets held in such trusts.
6. **Credit Accounts and Loans**
   - All credit card statements, personal loan agreements, lines of credit, and related correspondence showing current balances or payoffs.
7. **Investments**
   - All account statements for brokerage accounts, retirement accounts (IRA, 401(k), pension), cryptocurrency wallets, precious metals holdings, and other investment vehicles.
8. **Storage Units and Safe Deposit Boxes**
   - All rental agreements, access logs, and inventory lists for any storage units or safe deposit boxes rented, leased, or used by you.