# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aim High Investment Group LLC,<br><br>    Plaintiff/Counter Defendant,<br><br>v.<br><br>Spectrum Laboratories, LLC,<br><br>    Defendant/Counter Claimant. | Case No.:<br><br>**ORDER FOR EXAMINATION OF JUDGMENT DEBTOR** |

The Court, having reviewed Defendant/Counter Claimant Spectrum Laboratories, LLC's ("Spectrum") Motion for Examination of Judgment Debtor (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Spectrum's Motion is Granted. Michael Salame (Date of Birth May 8, 1970), as manager of Aim High Investment Group, LLC ("Aim High"), is ordered to appear on **August 29, 2025 10:00 A.M. Arizona Time**, so that Spectrum may examine him pursuant to Ariz. Rev. Stat. Ann. section 12-1631(1) regarding the property of Aim High.

The Judgment Debtor may appear for the examination by remote means, such as Zoom or other virtual platform.

**Production of Documents**. Salame shall produce to counsel for Spectrum the documents described in Exhibit 1 to this Order no later than **five (5) calendar days**

**before** the examination.

**Failure to Comply.** Salame is advised that failure to appear for the examination or to produce the ordered documents may result in the issuance of a bench warrant for his arrest, contempt proceedings, and/or other sanctions authorized by law.

**Service.** A copy of this Order, together with the Motion for Judgment Debtor Examination and Exhibit 1, shall be personally served on Salame at least five (5) judicial days before the scheduled examination.