# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aim High Investment Group, LLC, | No. MC-25-00030-PHX-MTL |
| Plaintiff, | |
| v. | **ORDER** |
| Spectrum Laboratories, LLC, et al., | |
| Defendants. | |

On June 10, 2025, judgment was entered in favor of Defendant Spectrum Laboratories, LLC and against Plaintiff Aim High Investment Group, LLC in the amount of $18,301,010 against Aim High Investment Group, LLC. (Doc. 1.) Defendant's Motion for Examination of Judgment Debtor (Doc. 2) was referred by the Honorable Michael T. Liburdi to the undersigned Magistrate Judge to conduct a Judgment Debtor Exam. (Doc. 4.)

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Examination of Judgment Debtor (Doc. 2) is **GRANTED**;

**IT IS FURTHER ORDERED** that Michael Salame (DOB: 5/xx/70), as manager of Aim High Investment Group, LLC ("Aim High") is ordered to appear on Monday, October 6, 2025, at 11:00 AM before the Honorable Michael T. Morrissey.

**IT IS FURTHER ORDERED** that Aim High appear so that Spectrum may examine him pursuant to Ariz. Rev. Stat. Ann. § 12-1631(1) and Aim High shall produce

to counsel for Spectrum the documents described in Exhibit 1 to this Order no later than five (5) calendar days before the examination.

**IT IS FURTHER ORDERED** that failure to comply with this Court's Order may result in the issuance of an Order to Show Cause requiring Plaintiff to appear at a date and time certain to show cause why he should not be held in contempt;

**IT IS FURTHER ORDERED** that Defendant shall provide a court reporter for the Judgment Debtor Exam scheduled for October 6, 2025;

**IT IS FURTHER ORDERED** that failure to comply with this Order may result in the appearance of a civil arrest warrant, as set forth below.

**IT IS FURTHER ORDERED** that counsel may appear remotely for the examination and directs Defendants to contact Chambers, at 602-382-7680, for further instructions.

**IT IS FURTHER ORDERED** that a copy of this Order, together with the Motion for Judgment Debtor Examination and Exhibit 1, shall be personally served on Aim High at least five (5) business days before the scheduled examination.

> **WARNING: A FAILURE TO APPEAR AT THE TIME REQUIRED, EITHER IN PERSON OR BY AN ATTORNEY, MAY CAUSE A CIVIL ARREST WARRANT TO ISSUE. A CIVIL ARREST WARRANT IS AN ORDER ISSUED IN A NON-CRIMINAL MATTER, DIRECTED TO ANY PEACE OFFICER IN THE STATE TO ARREST THE INDIVIDUAL NAMED THEREIN AND BRING SUCH PERSON BEFORE THE COURT.**

Dated this 18th day of August, 2025.

_____
Honorable Michael T. Morrissey
United States Magistrate Judge

**Exhibit 1**

**DOCUMENTS TO BE PRODUCED BY JUDGMENT DEBTOR**

**Timeframe**: January 1, 2019, to the present.

1. **Bank Accounts and Financial Records**
    o All monthly statements, check registers, deposit slips, wire transfer records, and online account summaries for any bank, credit union, or other financial accounts in your name, jointly with another person, or in which you have signatory authority.

2. **Real Property**
    o All deeds, mortgages, deeds of trust, settlement statements, leases, rental agreements, and property tax statements for any real estate in which you have, or have had, an interest.

3. **Vehicles and Personal Property**
    o All titles, registrations, purchase or lease agreements, and loan documents for any automobiles, motorcycles, boats, aircraft, recreational vehicles, or other titled personal property owned, leased, or controlled by you.

4. **Business Interests**
    o All articles of incorporation, partnership agreements, operating agreements, membership certificates, stock certificates, buy-sell agreements, and K-1 statements for any business in which you have an ownership interest, whether directly or through another entity or trust.

5. **Trusts and Estates**
    o All trust agreements, amendments, and schedules for any trust for which you are or have been a grantor, trustee, or beneficiary; all documents showing assets held in such trusts.

6. **Credit Accounts and Loans**
    o All credit card statements, personal loan agreements, lines of credit, and related correspondence showing current balances or payoffs.

7. **Investments**
    o All account statements for brokerage accounts, retirement accounts (IRA, 401(k), pension), cryptocurrency wallets, precious metals holdings, and other investment vehicles.

8. **Storage Units and Safe Deposit Boxes**
    o All rental agreements, access logs, and inventory lists for any storage units or safe deposit boxes rented, leased, or used by you.