| Attorney or Party without Attorney: <br>(SBN ) <br>Hutchison & Steffen, PLLC <br>10080 West Alta Drive, Suite 200 <br>Las Vegas, NV 89145 <br>   Telephone No: 702 385-2500 <br><br>   Attorney For: | Ref. No. or File No.: <br>11411-1 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA ||| 
| Plaintiff: Aim High Investment Group, LLC, <br>Defendant: Spectrum Laboratories, LLC, et al. |||

| PROOF OF SERVICE | Hearing Date: <br>10/06/2025 | Time: <br>11:00 A.M. | Dept/Div: | Case Number: <br>MC-25-00030-PHX-MTL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER

3. a. Party served:   Aim High Investment Group, LLC
   b. Person served:  Jennifer Deluise - Secretary, Authorized to accept
                      Desc: Caucasian , Female , Age: 50 , Hair: Black , Height: 5'3" , Weight: 160

4. Address where the party was served:   340 East Warm Springs Road Suite 110 , Las Vegas, NV 89119

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Sep 26 2025 (2) at: 02:04 PM

6. **Person Who Served Papers:**
   a. Leidy Serna (R-2021-00310, Clark)                                          d. *The Fee* for Service was:
   b. First Legal Investigation Services, LLC
      NEVADA PI/PS LICENSE 1452
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (702) 671-4002

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



09/29/2025

(Date)                                                 (Signature)



PROOF OF SERVICE                        14244615
                                     (55254420)