# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aim High Investment Group, LLC, | No. MC-25-00030-PHX-MTL |
|     Plaintiff/Counter Defendant, | |
| v. | **ORDER TO SHOW CAUSE** |
| Spectrum Laboratories, LLC, | |
|     Defendant/Counter Claimant. | |

On June 10, 2025, judgment was entered in favor of Defendant Spectrum Laboratories, LLC ("Spectrum") and against Plaintiff Aim High Investment Group, LLC ("Aim High") in the amount of $18,301,010. (Doc. 1.) Based on the outstanding judgment against Aim High and its failure to satisfy it, Spectrum requested the Court to order Michael Salame, as a manager of Aim High Investment Group LLC, and the person anticipated to be the most knowledgeable regarding Aim High's financial affairs, to appear in person and produce documents at a specified time and place so that Spectrum's counsel may examine Mr. Salame regarding Aim High's assets and other relevant matters. (Doc. 2.) Spectrum's Motion for Examination of Judgment Debtor was referred by the Honorable Michael T. Liburdi to the undersigned Magistrate Judge to conduct a Judgment Debtor Exam. (Doc. 4.)

On August 18, 2025, this Court issued an Order requiring Michael Salame, as manager of Aim High to appear on Monday, October 6, 2025, at 11:00 AM before the Court so that Spectrum may examine him as noted above. (Doc. 5.) The Court stated "that

failure to comply with this Court's Order may result in the issuance of an Order to Show Cause requiring Plaintiff to appear at a date and time certain to show cause why he should not be held in contempt." (Doc. 5.) The Court also warned that "failure to comply with this Order may result in the appearance of a civil arrest warrant" with bold typeface and capital letters, stating:

> **WARNING: A FAILURE TO APPEAR AT THE TIME REQUIRED, AS SET FORTH IN THIS ORDER, MAY CAUSE A CIVIL ARREST WARRANT TO ISSUE. A CIVIL ARREST WARRANT IS AN ORDER ISSUED IN A NON-CRIMINAL MATTER, DIRECTED TO ANY PEACE OFFICER IN THE STATE TO ARREST THE INDIVIDUAL NAMED THEREIN AND BRING SUCH PERSON BEFORE THE COURT.**

(Doc. 5) (emphasis original).

On October 6, 2025, the Court conducted a Judgment Debtor Exam in accordance with its August 18, 2025 Order. Mr. Salame, however, failed to appear despite having been served.

Accordingly,

**IT IS ORDERED** that Michael Salame, as a manager of Aim High Investment Group LLC, and the person anticipated to be the most knowledgeable regarding Aim High's financial affairs, to appear before this Court on October 30, 2025 at 10:45 AM (Arizona Time), **before Magistrate Judge Michael T. Morrisey**, to show cause why he should not be held in contempt and sanctions should not be imposed for failing to comply with this Court's Order dated August 18, 2025.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail copies of this Order to First Legal Investigation Services, LLC., c/o Leidy Serna (R-2021-00310, Clark) Nevada PI/PS License 1452, 2920 N. Green Valley Parkway, Suite 514, Henderson, NV 89014.

**IT IS FURTHER ORDERED** that any further failure to comply with orders of this Court will result in the appearance of a civil arrest warrant, as set forth below.

**WARNING: A FAILURE TO APPEAR AT THE TIME REQUIRED, AS SET FORTH IN THIS ORDER, MAY CAUSE A CIVIL ARREST WARRANT TO ISSUE. A CIVIL ARREST WARRANT IS AN ORDER ISSUED IN A NON-CRIMINAL MATTER, DIRECTED TO ANY PEACE OFFICER IN THE STATE TO ARREST THE INDIVIDUAL NAMED THEREIN AND BRING SUCH PERSON BEFORE THE COURT.**

**IT IS FURTHER ORDERED** that the Order to Show Cause Hearing will be held via Zoom. The contact information for the conference is as follows: Join ZoomGov Meeting, https://www.zoomgov.com; Meeting ID: 161 315 5823; Passcode: 902967.

Dated this 6th day of October, 2025.

Honorable Michael T. Morrissey
United States Magistrate Judge