| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Hutchison & Steffen, PLLC<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145 | | | | |
| Telephone No: (702) 385-2500 | | | | |
| Attorney For: | | Ref. No. or File No.:<br>11411-1 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | | |
| Plaintiff: Aim High Investment Group, LLC,<br>Defendant: Spectrum Laboratories, LLC, et al. | | | | |
| PROOF OF SERVICE | Hearing Date:<br>10/30/2025 | Time:<br>10:45 A.M. | Dept/Div: | Case Number:<br>MC-25-00030-PHX-MTL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER TO SHOW CAUSE

3. a. Party served: Aim High Investment Group, LLC
   b. Person served: Jennifer Deluise - Secretary, Authorized to accept
   Desc: Caucasian , Female , Age: 50 , Hair: Brown , Height: 5'3" , Weight: 120

4. Address where the party was served: 340 East Warm Springs Road Ste 110 , Las Vegas, NV 89119

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Oct 10 2025 (2) at: 09:26 AM

6. **Person Who Served Papers:**
   a. Leidy Serna (R-2021-00310, Clark)
   b. First Legal Investigation Services, LLC
      NEVADA PI/PS LICENSE 1452
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (702) 671-4002

   d. **The Fee** for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/13/2025
(Date) (Signature)



PROOF OF SERVICE

14339073
(55254887)