| Attorney or Party without Attorney: | | | For Court Use Only |
|---|---|---|---|
| Hutchison & Steffen, PLLC <br> 10080 West Alta Drive, Suite 200 <br> Las Vegas, NV 89145 <br> Telephone No: (702) 385-2500 <br> Attorney For: | | Ref. No. or File No.: <br> 11411-1 | |
| Insert name of Court, and Judicial District and Branch Court: <br> IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA | | | |
| Plaintiff: Aim High Investment Group, LLC, <br> Defendant: Spectrum Laboratories, LLC, et al. | | | |
| PROOF OF SERVICE | Hearing Date: <br> 10/30/2025 | Time: <br> 10:45 A.M. | Dept/Div: | Case Number: <br> MC-25-00030-PHX-MTL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER TO SHOW CAUSE

3. a. Party served: Aim High Investment Group, LLC
   b. Person served: Michael Salame - Manager

4. Address where the party was served: 2010 Shenley Court, Las Vegas, NV 89117

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sun, Oct 12 2025 (2) at: 08:11 PM

6. **Person Who Served Papers:**
   a. Colleen Youngman (R-2019-05971)
   b. First Legal Investigation Services, LLC
      NEVADA PI/PS LICENSE 1452
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (702) 671-4002

   d. *The Fee* for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/21/2025      /s/ Colleen Youngman
(Date)                   (Signature)



PROOF OF SERVICE

14339067
(55254864)